UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020
```

ARCESIUM LLC,

                Plaintiff,

-against-

ADVENT SOFTWARE, INC., and SS&C TECHNOLOGIES HOLDINGS, INC.,

                Defendants.

1:20-cv-04389 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      Pursuant to the Plaintiff's letter [ECF #54, 56], the pending motion for a temporary restraining order and a preliminary injunction is withdrawn without prejudice to renewal at a later date.  The hearing on the motion scheduled for July 2, 2020 is adjourned.

      The open motions to seal certain filings in this action [ECF #38, 46, 55, 58] are GRANTED.  The document will remain sealed pending a further order of this Court or application for unsealing.  The redacted copies of such sealed documents will remain accessible on the public docket.  The Clerk is directed to close the motions at 38, 46, 55, and 58.

      Plaintiff and Defendants should confer regarding the next steps in this case, including the timing of Defendants' response to the Complaint and any anticipated motions.   A proposed case management plan and scheduling order, modified to include the time within which Defendant will respond to the complaint, should be filed on ECF and submitted in Microsoft Word format to VyskocilNYSDChambers@nysd.uscourts.gov on or before July 7, 2020.

**SO ORDERED.**

Date:  **June 29, 2020**
       **New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**