```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCESIUM LLC,

                Plaintiff,

-against-

ADVENT SOFTWARE, INC. and SS&C
TECHNOLOGIES HOLDINGS, INC.,

                Defendants.

1:20-cv-04389 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court has received a letter application from Defendants seeking to renew their motion to stay discovery [ECF No. 97]. Plaintiff's oppose the request [ECF No. 98]. The Court has reviewed the letter submissions. The Court construes Defendants' letter as motion to stay discovery or for reconsideration of the Court's August 26 Order granting in part a stay of discovery [ECF No. 84]. Defendants have not provided any arguments meriting reconsidering of the August 26 Order. Accordingly, the motion to stay discovery is DENIED.

      To the extent Defendants object to one or more categories of information sought by Plaintiff, the proper course is to file a motion for a protective order. The Parties are reminded to review the Court's Individual Practices regarding the filing of discovery-related motions.

**SO ORDERED.**

Date:  November 24, 2020
          New York, NY

                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**