**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ARCESIUM, LLC,

                Plaintiff,

     -against-                             20 **CIVIL** 4389 (MKV)

                                                        **JUDGMENT**

ADVENT SOFTWARE, INC., and SS&C
TECHNOLOGIES HOLDINGS, INC.

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2021, Defendants' motion to dismiss [ECF No. 78] is GRANTED on the ground that Plaintiff has not established antitrust standing in this case. Specifically, because Plaintiff's claims largely rise out of its contract with Defendants, and Defendants' refusal to renew the contract, Plaintiff has failed to allege an antitrust injury. Plaintiff also has not established that it is an efficient enforcer of the antitrust laws sufficient to assert the claims alleged in the Complaint. In the absence of federal antitrust claims, the Court will not assert supplemental jurisdiction over the state law claims. Because antitrust standing is a fact-intensive question, Plaintiff may be able to replead its complaint to remedy the deficiencies identified herein. At this stage the Court cannot ascertain whether such amendment necessarily would be futile. To the extent Plaintiff intends to move for leave to file an Amended Complaint, the motion (together with a blacklined copy of the proposed amended complaint) should be filed within thirty days of this Opinion and Order; accordingly, this case is closed.

**Dated:** New York, New York

March 31, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *[signature: David J. Thomas]*

**Deputy Clerk**