| UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF NEW YORK | | USDC SDNY  DOCUMENT  ELECTRONICALLY FILED  DOC #:  DATE FILED: 5/6/2021 |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : : : : : : : : : : : : : : x | | |
| ARCESIUM LLC, | | |
| Plaintiff, | | Case No: 1:20-cv-04389 (MKV) |
| v. | | |
| ADVENT SOFTWARE, INC. and SS&C TECHNOLOGIES HOLDINGS, INC., | | Hon. Mary Kay Vyskocil |
| | | Magistrate Judge Hon. Stewart D. Aaron |
| Defendants. | | |

# ORDER FOR ENTRY OF FINAL JUDGMENT

On March 31, 2021, this Court granted Defendants' motion to dismiss Plaintiff's complaint and provided Plaintiff with 30 days to move for leave to file an amended complaint, if it wished to do so. ECF No. 109. Plaintiff did not make such a motion by the April 30, 2021 deadline set by this Court. THEREFORE, this Court hereby orders

1. Plaintiff's federal antitrust claims (Counts I, II, III, and IV) are dismissed with prejudice.

2. Plaintiff's remaining state law claims (Counts V, VI, VII, VIII, IX, and X) are dismissed without prejudice for lack of federal subject matter jurisdiction.

3. The Clerk of Court is directed to enter final judgment in accordance with the above.

**IT IS SO ORDERED.**

Dated: May 6, 2021
   New York, NY

*Mary Kay Vyskocil*
Hon. Mary Kay Vyskocil
United States District Judge