**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ARCESIUM LLC,

                      Plaintiff,

-against-

ADVENT SOFTWARE, INC. and SS&C
TECHNOLOGIES HOLDINGS, INC.,

                      Defendants.
-----------------------------------------------------------X

20 **CIVIL** 4389 (MKV)

**FINAL JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2021, this Court granted Defendants' motion to dismiss Plaintiff's complaint on March 31, 2021, and provided Plaintiff with 30 days to move for leave to file an amended complaint, if it wished to do so. ECF No. 109. Plaintiff did not make such a motion by the April 30, 2021 deadline set by this Court. THEREFORE, it is hereby ordered by this Court that: 1. Plaintiff's federal antitrust claims (Counts I, II, III, and IV) are dismissed with prejudice. 2. Plaintiff's remaining state law claims (Counts V, VI, VII, VIII, IX, and X) are dismissed without prejudice for lack of federal subject matter jurisdiction.

**Dated:** New York, New York

        May 6, 2021

                                                    **RUBY J. KRAJICK**

                                                    Clerk of Court

                   **BY:**

                                                    **Deputy Clerk**